*JACQUELINE M. JAMES, ESQ.*

THE JAMES LAW FIRM
445 HAMILTON AVENUE
SUITE 1102
WHITE PLAINS, NY 10601

T: (914) 358 6423
F: (914) 358 6424
JJAMESLAW@OPTONLINE.NET
JACQUELINEJAMESLAW.COM

September 26, 2019

MEMO ENDORSED

The Honorable Judge Colleen McMahon
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/19

OK.

/s/ Colleen M. McMahon

10/30/19

*Re: 1:19-cv-05814-CM Plaintiff's Request for Release of Name and Address of John Doe Subscriber Assigned IP Address 108.6.235.29*

Dear Judge McMahon:

The James Law Firm represents Plaintiff in the above captioned matter. Plaintiff moved for early discovery in this matter [CM/ECF 6, 7], which this Court granted on August 15, 2019. [CM/ECF 8]. In that Order, the Court provided for a protective order for the Defendant. The Order also commanded (in part)[1] that the ISP was to return the requested information to the Court, rather than to Plaintiff. *See id.* at ¶ 4.

Plaintiff issued its subpoena on the ISP on August 22, along with the Court's Order setting forth the procedures and conditions for the ISP's compliance with the subpoena. Recently, Defendant's ISP notified Plaintiff that it had sent the relevant information to Your Honor's Chambers. Plaintiff respectfully requests that it be allowed to receive the subscriber's name and address so that it may investigate and, if appropriate, amend and prosecute its claim. *See id.* at ¶¶ 4–5. Alternatively, Plaintiff respectfully requests the Court hold a hearing so that Plaintiff may discuss any procedures the Court would like to put in place regarding the subscriber's information. Plaintiff will continue to abide by the conditions set forth in the Court's Order, particularly those outlined in Paragraph 6, and any other procedures or conditions the Court finds appropriate.

Respectfully submitted,

By: /s/ *Jacqueline M. James*
Jacqueline M. James, Esq. (1845)
The James Law Firm, PLLC
445 Hamilton Avenue, Suite 1102
White Plains, New York 10601
T: 914-358-6423
F: 914-358-6424
E-mail: jjames@jacquelinejameslaw.com
*Attorneys for Plaintiff*

---

[1] As of the date of this letter, Defendant's ISP has not written to Plaintiff informing counsel that it is unable to identify the subscriber to the IP address. *See id.* at ¶ 2.